No. 78–830. HITSON ET AL. v. BAGGETT, SECRETARY OF STATE OF ALABAMA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–839. LEGUENNEC, REGISTRAR OF VOTERS OF SAN FRANCISCO, ET AL. v. CHINESE FOR AFFIRMATIVE ACTION ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–841. SHEPHERD ET UX. v. TREVINO, TAX ASSESSOR, COLLECTOR, AND REGISTRAR OF HIDALGO COUNTY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–844. PLANTE ET AL. v. GONZALEZ, EXECUTIVE DIRECTOR OF FLORIDA COMMISSION ON ETHICS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–850. MORRIS v. TEXAS. County Crim. Ct., Hunt County, Tex. Certiorari denied.

No. 78–853. CRAMER v. GENERAL TELEPHONE & ELECTRONICS CORP., ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–859. GRASECK v. MIDDLEMISS ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–862. ANDERSON v. NEUBERGER ET AL.; and MORRIS v. HAYDUK ET AL. Ct. App. N. Y. Certiorari denied. Reported below: 45 N. Y. 2d 708, 381 N. E. 2d 168 (first case); 45 N. Y. 2d 793, 381 N. E. 2d 159 (second case).

No. 78–864. PERRELLO v. INDIANA SUPREME COURT DISCIPLINARY COMMISSION. Sup. Ct. Ind. Certiorari denied.

No. 78–876. SMITH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.